# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANDRA ANTOINETTE JENSEN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CHERYL B. MOSS, DISTRICT JUDGE,
Respondents,
and
TERRY ROBERT JENSEN,
Real Party in Interest.

No. 81885

FILED

NOV 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging the district court's continuance of a divorce trial. Having considered the petition, the answer, and the supporting documents, we are not persuaded that our discretionary, extraordinary intervention is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that this court has sole discretion in determining if a writ petition will be considered); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (explaining that petitioner bears the burden of demonstrating that extraordinary relief is warranted). Specifically, district courts have an inherent authority to control their calendars, *Hunter v. Gang*, 132 Nev. 249, 257, 377 P.3d 448, 454 (Ct. App.

20-41948

2016), and we are confident the district court will resolve the matter pending below as expeditiously as its calendar will permit. Accordingly, we ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Cheryl B. Moss, District Judge, Family Court Division
The Abrams & Mayo Law Firm
Joseph W. Houston, II
Eighth District Court Clerk